**FILED**
UNITED STATES DISTRICT COURT

JUL 2 1 2009

(. ... ... .. C. LANGHAM
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

# 09CV01725

Civil Action No. _____

**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

MANUEL MERGIL

      Plaintiff,

v.

JASON MARTINEZ,

      Defendant.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint.  As part of the court's review

pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted

documents are deficient as described in this order.  Notwithstanding the deficiencies,

the clerk of the court will be directed to commence a civil action.  Plaintiff will be

directed to cure the following if he wishes to pursue his claims.  Any papers that the

Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)    __    is not submitted
(2)    __    is missing affidavit
(3)    _X_    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing  (account statement submitted is not certified)
(4)    __    is missing certificate showing current balance in prison account
(5)    __    is missing required financial information
(6)    __    is missing an original signature by the prisoner
(7)    __    is not on proper form (must use the court's current form)
(8)    __    names in caption do not match names in caption of complaint, petition or habeas application
(9)    __    An original and a copy have not been received by the court.
             Only an original has been received.
(10)    __    other:_____.

**Complaint, Petition or Application:**
(11)    __    is not submitted
(12)    __    is not on proper form (must use the court's current form)
(13)    __    is missing an original signature by the prisoner
(14)    __    is missing page nos. ___
(15)    __    uses et al. instead of listing all parties in caption
(16)    __    An original and a copy have not been received by the court.  Only an original has been received.
(17)    __    Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)    __    names in caption do not match names in text
(19)    __    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers that the Plaintiff files

in response to this order must include the civil action number on this order.  It is

2

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _30th_ day of _July_ , 2009.

BY THE COURT:

CRAIG B. SHAFFER
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.   **09CV01725**

Manuel Mergil
Prisoner No.  1628754
P.O. Box 140717
Lakewood, CO 80214

Manuel Mergil
Prisoner No.  1628754
Denver County Jail
P.O. Box 1108
Denver, CO 80201

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on___7/24/09

GREGORY C. LANGHAM, CLERK

By:_____
              Deputy Clerk